# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARIA TORRES-VALENCIA,<br><br>Defendant. | Case No.: 21-cr-2357-W<br><br>**JUDGMENT & ORDER DISMISSING THE INDICTMENT WITHOUT PREJUDICE** |

    Based upon the Motion to Dismiss the Indictment Without Prejudice, and for the reasons set forth therein, and for good cause appearing therefor, IT IS HEREBY ORDERED THAT:

    The United States' Motion is GRANTED, and the Indictment is dismissed without prejudice.

    DATED: September 30, 2022

                                            HONORABLE THOMAS J. WHELAN
                                            UNITED STATES DISTRICT JUDGE